AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

**for the**
**Western District of New York**

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Case No. 25-MJ-610 |
| | ) |
| **LAMARIOUS BRADLEY** | ) |
| **LUCIUS BRADLEY   &** | ) |
| **CHAD BROWN** | ) |
| _____ | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief that the defendants **LAMARIOUS BRADLEY, LUCIUS BRADLEY, and CHAD BROWN**, in the County of Monroe in the Western District of New York, violated:

| | |
|---|---|
| Title 18 U.S.C.  §1708 | Mail Theft |
| Title 18 U.S. C.  §1704 | Unlawful Possession of USPS Mailbox Keys |
| Title 18 US.C.   §1349 | Conspiracy to Commit Bank Fraud |

This criminal complaint is based on these facts:

(Continued on the attached sheet. Please see attached affidavit of United States Postal Inspection Service (USPIS) Postal Inspector James M. Keenan).

_____
*Complainant's signature*

James M. Keenan, USPIS Postal Inspector
*Printed name and title*

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date:  _July 29__ , 2025             __

_____
*Judge's signature*

City and State:  _Rochester, New York  __

HON. MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

James M. Keenan, being duly sworn, deposes and states:

1.    I am a United States Postal Inspector assigned to the Boston Division (Rochester, NY Field Office) of the United States Postal Inspection Service ("Inspection Service" or USPIS) and have been so employed since June 2015. Prior to June 2015 and before becoming a Postal Inspector, I worked as a Customs and Border Protection Officer at the San Ysidro Port of Entry for approximately three years. I am currently assigned to the Rochester Miscellaneous Crimes Team which investigates violations of Federal law, including identity theft, mail theft, credit card fraud, wire fraud, mail fraud and drug trafficking. The investigation of drug trafficking in Rochester, NY specifically targets narcotics and narcotics proceeds sent via the U.S. Mail.

2.    Your Affiant's education and training includes the following: Upon entering the Inspection Service, I completed twelve weeks of training in Potomac, MD. The training covered various aspects of federal law enforcement, including the investigation of narcotics related offenses. I have received instruction on conducting investigations of, and have in fact participated in investigations involving, possession with intent to distribute and distribution of controlled dangerous substances. I was previously assigned to the Los Angeles Fraud Task Force with the U.S. Secret Service where I worked with Agents of the Drug Enforcement Administration and participated in controlled deliveries of narcotics. Prior to entering the Inspection Service, I served as a Customs and Border Protection Officer ("CBPO") upon graduating from the Federal Law Enforcement Training Center. At the academy, I completed an eighteen-week basic training course which included training in narcotic seizures and related offenses. During my time as a CBPO, I participated in numerous seizures of narcotics

1

being trafficked across the border between Tijuana and San Diego.  Through my time as a CBPO I learned about how narcotics are packaged and uniquely labeled, smuggling trends, and had an opportunity to field test and seize a variety of narcotic substances from both persons and vehicles.

3.      During my employment as a Postal Inspector, I have participated in investigations involving the mailing of controlled substances through the U.S. mails.  In particular, I have worked on cases involving controlled substances and I have participated in interviewing witnesses and cooperating individuals regarding illegal trafficking of drugs and have read official reports of other officers.  As a result of my experience, I am familiar with the common practices utilized by drug traffickers to smuggle drugs and money using various methods including but not limited to commercial mail/parcel carriers.

4.      I submit this affidavit in support of a criminal complaint affidavit charging: LAMARIOUS BRADLEY (hereinafter "LA BRADLEY"), LUCIUS BRADLEY (hereinafter "LU BRADLEY") and CHAD BROWN (hereinafter "BROWN") with violating Title 18, United States Code, §1708 (Mail Theft and Possession of Stolen Mail), §1704 (Possession of Postal Key), §1349 (Conspiracy to Commit Bank Fraud) and §2 (aiding and abetting).

5.      The assertions made herein are based solely upon my personal knowledge or upon information I have received from other law enforcement officers and agents who are involved in this investigation, including from the Rochester Police Department (hereinafter the "RPD") and the Brighton Police Department (hereinafter the "BPD"). Because this affidavit is being submitted for a limited purpose, I have not set forth every fact known to me regarding this investigation. Rather, I have set forth only those facts necessary to demonstrate that probable cause exists for the crimes charged. In support thereof, I respectfully state the

2

following.

## BACKGROUND

6.     The USPIS Rochester office has been investigating a string of robberies of USPS letter carriers for their postal mailbox keys. These robberies have been occurring throughout the Western District of New York since January 2023. From my training and experience, including spending approximately four years on the Los Angeles Mail Theft team investigating mail theft and robbery schemes, I am aware that suspects steal USPS mailbox keys for the purpose of accessing USPS blue collection boxes and secured apartment mailboxes to steal mail. Recent reports from local law enforcement indicate checks are being stolen from outbound mail, usually from USPS blue collection boxes that can be opened with a stolen postal key. Based on my experience and training and involvement in this investigation, I believe checks stolen from the mail are being washed, altered, and deposited into conspirators' bank accounts, and then funds are later withdrawn before the banks identify the fraudulent deposit activity.

## PROBABLE CAUSE

### Mail Thefts on November 28, 2023

7.     On November 28, 2023, at approximately 2:33 a.m., Inspectors received notification that the door to a United States Postal Service ("USPS") blue collection box positioned outside of the Irondequoit Post Office (the "IPO"), located at 425 East Ridge Road, Rochester, NY 14621, had been opened. The same morning, at approximately 2:52 a.m., Inspectors received notification that the door to a USPS blue collection box positioned outside the Brighton Post Office (hereinafter the "BPO"), located at 130 North Winton Road,

Case 6:25-mj-00610-MJP    Document 1    Filed 07/29/25    Page 5 of 30

Rochester, NY 14610, had been opened. This activity was suspicious based upon my knowledge that the USPS facility was closed at that hour and that USPS employees would not be accessing the collection box at that time. Later the same morning, Inspectors reviewed video surveillance systems near those collection boxes.

### *November 28, 2023: Irondequoit Post Office*

8.      The video surveillance near the IPO, showed at approximately 2:31 a.m., a gray Honda Accord with no front license plate and tinted windows and a black Nissan Sentra traveling several feet from one another in the neighborhood of the IPO.[1] The black Nissan Sentra parks on Marburger Street approximately half a block away from the IPO collection boxes, and the driver turns off the vehicle headlights, appearing to act as a lookout vehicle for the Honda Accord. The Honda Accord continues driving down Marburger Street towards the blue collection boxes.

9.      At approximately 2:32 a.m., the Honda Accord can be seen pulling up and parking in front of USPS blue collection boxes, and the driver and front seat passenger exit the vehicle. The driver of the Honda Accord appears to be wearing a black hooded sweatshirt with a large white Nike logo on the front of it, dark colored pants, a dark colored ski mask and black sneakers. The front seat passenger of the Honda Accord appears to be wearing a dark colored hooded sweatshirt with no visible emblem, white colored socks, black and white sneakers, and dark colored sweatpants. The individuals depicted in the video appear to be

---

[1] Specifically, the Honda Accord is seen traveling down Ridge Road from Seneca Avenue and turning right onto Marburger Street, and the Nissan Sentra can be seen following a few feet behind. The Nissan Sentra and the Honda Accord travel down Marburger Street and appear to pass Seneca Manor Drive before both vehicles appear to turn around in nearby residential driveways and drive back down Marburger Street towards Ridge Road.

black males in their late teens or early 20s.

10.     The driver appears to utilize a key to open one of the collection boxes while the passenger observes, standing next to the driver. Once the door to the collection box is opened, both the driver and passenger can be seen collecting mail from the boxes and placing it into the back seat of the Honda Accord. At approximately 2:34 a.m., the collection box appears to be re-secured by the driver of the Honda Accord, and both suspects walk over to a second collection box nearby, as if they are going to open the box. The driver then motions to the passenger, and both quickly return to the vehicle. The vehicles then pull away from the collection boxes and leave the area travelling in the same direction.

11.     Your affiant worked with other law enforcement to enhance video surveillance of the Honda Accord from the mail theft incident at the IPO. The enhancement allowed us to identify the Honda Accord license plate as NYS registration tag of LAS4657.

### November 28, 2023: Brighton Post Office

12.     The video surveillance near the BPO shows that at approximately 2:51 a.m., the same morning, the same vehicles that just departed the IPO appear to arrive in the vicinity of the BPO. The same Honda Accord appears to be driving together with the black Nissan Sentra in a similar fashion ultimately leading to the blue collection boxes.

13.     The video surveillance of the vehicles around the BPO showed the license plate on the black Nissan Sentra to be New York registration KRV5846. The Nissan Sentra appeared to be occupied by a black male driver wearing a gray hooded sweatshirt and a white hat. There also appeared to be a second individual seated in the rear passenger seat, immediately behind the driver seat, wearing what appeared to be a gray colored hooded

sweatshirt.

14.    At approximately 2:52 a.m., the Honda Accord can be seen on video surveillance stopping in front of the collection boxes outside the BPO. At approximately 2:54 a.m., the driver of the Honda Accord can be seen exiting the vehicle and appears to be a black male wearing white socks, yellow and black sneakers, a black hooded sweatshirt with a large Nike logo on the front of it in white, with the black hood of the sweatshirt pulled over his head and a black ski mask over his face. The driver approaches the collection boxes and appears to be moving an object between his hands, which your affiant believes to be the USPS mailbox key. The driver approaches the collection boxes and begins opening the collection box on the far-right side, and removing the USPS white bin from within that holds deposited mail. He then places the bin onto the rear passenger seat area of the Honda Accord.

15.    The Honda Accord's front seat passenger exits at approximately the same time as the driver, wearing a black jacket and a black ski mask pulled over the face, and approaches the collection boxes. After depositing mail into the backseat, the driver is seen passing the passenger what appears to be the mailbox key and both the passenger and driver appear to use it to open the second and third collection boxes and remove the mail from within, placing the mail onto the back seat area of the Honda Accord. At approximately 2:53a.m., the driver and passenger can be seen quickly returning to and resuming their placement in the Honda Accord before fleeing the area in the direction of Winton Road at approximately 2:54 a.m.

## Suspect Vehicle-Honda Accord

16.    On November 29, 2023, your affiant reviewed Department of Motor Vehicle records for the grey 2020 Honda Accord with New York registration tag LAS4675. The records indicate that the vehicle is registered to LU BRADLEY with a listed registration

6

address of 170 Depew Street, Rochester, NY 14611.

17.     On November 29, 2023, a deputy with the Monroe County Sheriff's Office performed a traffic stop of the Honda Accord for a violation of New York State vehicle and traffic law. LU BRADLEY was the driver and sole occupant of the vehicle, and he confirmed that he resided at 177 Greystone Lane, #19, Rochester, NY 14618 (the "Greystone Residence").

18.     On November 30, 2023, your affiant obtained a federal GPS tracking device warrant for LU BRADLEY's Honda Accord (23-MJ-4160). A GPS tracking device was placed on the Honda Accord on December 2, 2023.

### Mail Thefts on December 4, 2023

#### *December 4, 2023: Ridgemont Post Office*

19.     In the early morning hours of Monday, December 4, 2023, Postal Inspectors and New York State Police ("NYSP") Troopers conducted surveillance of post offices for overnight mail thefts. Before surveillance began, Postal Inspectors had deployed GPS trackers in several fictitious packages in various collection boxes throughout Rochester.

20.     While on surveillance at approximately 1:07 a.m., the GPS tracking device on LU BRADLEY's Honda Accord indicated the vehicle had begun moving from the parking lot of the Greystone Residence.

21.     At approximately 1:38 a.m. the Honda Accord arrived and appeared to be within the vicinity of USPS collection boxes outside of the USPS Ridgemont Post Office (hereinafter the "RPO"), located at 2833 W Ridge Road, Suite 28, Rochester, NY 14626, which is in the Ridgemont Shopping Plaza. The vehicle remained in the vicinity of the USPS collection boxes at the RPO for approximately four minutes and left the Ridgemont Plaza

7

parking lot at approximately 1:41 a.m.

22.     Several hours later, your affiant went to the RPO to investigate the collection boxes there. Each collection box contained two large bins which collect mail deposited by customers. Upon opening the collection box doors, we saw that each of the two large bins in both of the collection boxes were empty. This is unusual as I am aware USPS collects from the boxes on Saturday evenings and has no mail pickup Sundays. Therefore, in the early hours of Monday morning, there should have been a large amount of deposited mail from customers since Saturday evening, particularly since this is a highly frequented mail deposit location. Therefore, your affiant believes the occupants of the Honda Accord stole the mail from the RPO collection boxes on the morning of December 4, 2023.

### *December 4, 2023: Irondequoit Post Office*

23.     On December 4, 2023, at approximately 1:49 a.m., Inspectors received notification that the door to a USPS blue collection box positioned outside the IPO had been opened. A review of GPS tracking data indicated the Honda Accord was at the IPO and around the collection boxes at this time.

24.     Video surveillance showed that at approximately 1:49a.m., the Honda Accord pulled up and parked in front of the collection boxes. About 10 seconds later, almost simultaneously the driver side door, front passenger side door, and rear passenger side door behind the front passenger seat open and three individuals step out of the Honda Accord and walk towards the collection boxes.

25.     The driver opens the collection box door, at which time the passengers of the Honda Accord assist the driver in removing mail from the collection box and placing the mail into the front and rear passenger seat areas of the Honda Accord. At approximately 1:50 a.m.,

all three occupants enter the Honda Accord after the driver secures the USPS collection box door, and the Honda Accord drives out of view of the video surveillance camera. Postal Inspectors continued to remotely monitor the route of the Honda Accord using GPS data.

26.    On December 4, 2023, at approximately 2:05 a.m., the Honda Accord arrived and parked between Exclusive Snack and Lounge, located at 1147 S. Plymouth Ave, Rochester, NY, 14608, and another building, utilizing a small alleyway between the buildings. The Honda Accord remained there until approximately 5:57 a.m. During that time, NYSP and Postal Inspectors conducting physical surveillance observed the Honda Accord in the alley multiple times over several hours. At approximately 5:57 a.m., the Honda Accord left Exclusive Snack and Lounge and, after making another brief stop, returned to the parking lot for the Greystone Residence.

## December 7, 2024: Search Warrants Executed

### Greystone Residence

27.    A federal search warrant was obtained to search the LU BRADLEY's Greystone Residence, LU BRADLEY's Honda Accord, and Exclusive Snacks and Lounge (23-MJ-661) for evidence related to the above-referenced mail thefts.

28.    During the search warrant execution at the Greystone Residence, LU BRADLEY was home and determined to be the sole occupant of the Greystone Residence. In a kitchen drawer, Inspectors recovered Western Union money orders in various amounts, and which had the "purchaser's signature" line bearing the names of persons other than LA BRADLEY or LU BRADLEY, and a Tops Friendly Markets receipt in the amount of $1,403 for the purchase of money orders totaling $1,400. Inspectors also recovered approximately 50 rounds of 9mm ammunition from the same drawer, along with numerous checks which were

9

not in the names of LU BRADLEY or LA BRADLEY. The checks were dated for various dates, but most were around the timeframe of the last week of November and the first week of December 2023, consistent with the timeframe of the mail thefts referenced in this affidavit. Based on my experience and training, I know mail thieves often remove checks from the mail they steal, retain them, and cash them over an extended period of time in order to avoid law enforcement detection.

29.    Inspectors also located THC products and approximately 369.89 grams of a green leafy plant-like substance which field tested positive for marijuana in a backpack in the Livingroom; and a P80 brand 9x19 mm handgun with no serial numbers visible and 12 rounds of 9mm ammunition in the firearm magazine along with a blue colored iPhone bearing IMEI# 351678918830298 in the bedroom. (hereinafter "LU iPhone.")

30.    Your affiant and other Postal Inspectors spoke to several of the legitimate owners of the checks recovered at the Greystone Residence. All victims stated they originally deposited the checks into USPS blue collection boxes within the Western District of New York. The victims said the checks they mailed were not received by their intended recipients. The victims confirmed they did not know LU BRADLEY or LA BRADLEY and had not given them permission to take or possess their checks or mail.

### Honda Accord

31.    During the execution of the search warrant on the Honda Accord parked in the parking lot for the Greystone Residence, LA BRADLEY was found sleeping, as the sole occupant in the Honda Accord. In searching the Honda Accord, Inspectors seized one blue iPhone with an unknown model and bearing IMEI: 355658238207035 (hereinafter "LA iPhone 1") which was located on the driver seat. Inspectors also photographed a New York Driver License in the name of LA BRADLEY and collected five Western Union money order

receipts and one Wells Fargo check in the name of an individual with the initials S.S. and dated December 1, 2023.

*Mirandized Interviews of LU BRADLEY and LA BRADLEY*

32.     Following the search warrant executions, your affiant conducted a *Mirandized* interview of LU BRADLEY. In sum and substance, LU BRADLEY said he resides by himself at the Greystone Residence. LU BRADLEY added "my little brother be here, but he don't stay here." LU BRADLEY said LA BRADLEY has a key to the Greystone Residence and comes and goes. When I asked LU BRADLEY if he had a vehicle, LU BRADLEY said he did but would not elaborate on the type stating, "that's confidential." When I asked what LA BRADLEY drives, LU BRADLEY said "he doesn't drive" but that he had borrowed his (LU BRADLEY's) car. LU BRADLEY said he isn't working at the moment and was looking for work, but "I sell weed" to get by.

33.     LU BRADLEY eventually admitted his vehicle was the Honda Accord. LU BRADLEY said LA BRADLEY used his car to go see a girl the evening prior and LU BRADLEY said he did not know where LA BRADLEY was, nor the Honda Accord that LA BRADLEY had borrowed. LU BRADLEY said LA BRADLEY got shot at during a recent gang interaction. LU BRADLEY said because of the shooting incident, he allows LA BRADLEY to stay over at his residence so he can keep away from "that crowd." LU BRADLEY said LA BRADLEY primarily resides at his mother's residence.

34.     LU BRADLEY said his mother knows he has a gun and that she knows the gun is for his "protection." LU BRADLEY stated, "At the end of the night, that gun and that weed in there, that's all I do bro, and that's to get me by." LU BRADLEY admitted the marijuana, gun, and bullets found in the Greystone Residence were his. When asked about

checks found in the Greystone Residence, LU BRADLEY said they were LA BRADLEY's.

35.    At approximately 7:20 a.m., Inspector Burch and I conducted a *Mirandized* interview of LA BRADLEY. At the start of the interview, LA BRADLEY requested access to the LA iPhone 1, which he said he left back in the Honda Accord so he could call his mother. I told LA BRADLEY that LU BRADLEY indicated LA BRADLEY sometimes stayed in the Greystone Residence with him, and that within the Greystone Residence we had already recovered various checks, a gun and some money orders. I asked LA BRADLEY if the items belonged to him or LU BRADLEY, and LA BRADLEY replied, "it's not mine." I asked LA BRADLEY if he could provide me with information regarding recent mail thefts in the area, and LA BRADLEY said, "I don't know nothing." I told LA BRADLEY video surveillance existed of a person stealing mail in the overnight hours and dressed similar with the jacket he had on (a black Nike hoodie) and LA BRADLEY replied, "I barely wear this jacket." LA BRADLEY said he doesn't use LU BRADLEY's Honda Accord very often and admitted he stayed in Brockport the evening prior. LA BRADLEY said he didn't know anything about the December 4, 2023, mail thefts. LA BRADLEY said he wasn't aware of Exclusive Snacks and Lounge or why the Honda Accord would be there. I told LA BRADLEY the lounge was being searched as well and LA BRADLEY said he wouldn't be associated with any of it.

### *Exclusive Snacks and Lounge*

36.    During a search of Exclusive Snacks and Lounge, which also occurred the same day as the Greystone Residence and the Honda Accord, multiple video surveillance cameras were observed by Inspectors on the interior and exterior of the building. A DVR was recovered from the facility and booked into evidence.

37.    The LA iPhone 1, the LU iPhone, and the DVR surveillance from Exclusive

Snacks and Lounge were subsequently brought to the RPD Forensic Analysis Unit and reviewed.

38.     The DVR from Exclusive Snacks and Lounge surveillance included the following:

    a.  On November 15, 2023, at approximately 8:33 a.m., an unknown black male enters the business, takes a photograph of the video surveillance system, and leaves thereafter. The individual arrives and departs in LU BRADLEY's Honda Accord and can be seen coming and going from the front passenger door.

    b.  On November 28, 2023, from approximately 2:17 a.m. to 3:43 a.m., a total of four individuals were seen inside the location sorting what appears to be hundreds of pieces of mail and portioning out the contents among them. Based on the evidence in this investigation, I believe the mail depicted in this video includes mail that was stolen from the IPO and BPO the same morning. I recognize one of the individuals in the video to be LA BRADLEY. The Honda Accord is seen parked outside the business during this time.



    c.  On December 4, 2023, from approximately 1:17 a.m. to 5:10 a.m., three individuals can be seen inside the business sorting through and opening a large amount of mail. Based on the evidence in this investigation, I believe the mail depicted includes mail that was stolen from the RPO and IPO the same morning. I recognized one of the individuals in the video as being LA

BRADLEY (the individual seated on a couch below, appearing to be operating a cellular device and wearing a winter hat), and the Honda Accord was parked in the alleyway outside the business during this time. The person with the white and red sneakers sitting on the folding chair resembles a Department of Motor Vehicle photograph record I have reviewed of BROWN.



### Review of LA iPhone 1

39.     Your affiant reviewed the contents of LA iPhone 1 and observed text message communications between LA BRADLEY and LU BRADLEY believed to be related to the theft of mail conspiracy.  On November 29, 2023, the day after the thefts at the Brighton Post Office and Irondequoit Post Office referenced above, LU BRADLEY texts LA BRADLEY "I need $1500-2000 for using the V". Your affiant believes this message relates to LU BRADLEY charging LA BRADLEY a fee for allowing him to use the vehicle for the mail thefts. LA BRADLEY responds, "Lol yea ok u might as well let me rent that bitch then lol" and "that was a navy federal you hit for 10 on right?" LU BRADLEY responds, "Yeah". Your affiant believes the two brothers are discussing cashing fraudulent checks at Navy

14

Federal Credit Union.

40.    During the same text exchange, LU BRADLEY warns his brother LA BRADLEY that a third person has found documentations related to their mail theft and bank fraud scheme.  LU BRADLEY texts LA BRADLEY, "Hide ya folder, Sunshine goofy ass texting ma talking bout you got a citizens folder with names & checks on it". . . "Nosey ass hoe".  LA BRADLEY responds, "she a clown ass bitch".

41.    Your affiant believes these texts corroborate that LU and LA BRADLEY are both aware of and participating in the mail theft and bank fraud scheme as detailed in the complaint.

### Messages Between LA BRADLEY and BROWN

42.    During a review of LA iPhone 1, I reviewed a cell phone contact number of (424) 944-1102 (hereinafter "Phone Ending 1102"). In LA iPhone 1, Phone Ending 1102 corresponds with a contact name of "CB", whom I believe to be BROWN. Through the course of this investigation, I have learned BROWN often utilizes various telephone numbers and that the telephone numbers used by BROWN often begin with a 424-area code.

43.    From a group chat between BROWN (Phone Ending 1102), LA BRADLEY (LA iPhone 1) and three other telephone numbers, I am aware of the following:

September 21, 2023

44.    BROWN sends a PDF file in the chat which are the terms and conditions for membership and account agreement funds availability policy disclosure for Clearview Federal

15

Credit Union of Moon Township, Pennsylvania.

> BROWN: *Hell yea gang we sturdy I jus looked at this*

> BROWN: *It's gone be just like ESL*

> LA BRADLEY: *Yeah I know when I just searched it up ESL popped up so I figured*

> LA BRADLEY: *& her shit been open 8months*

> LA BRADLEY: *But she in Charlotte we gone have to mobile drop*

> LA BRADLEY: *I'll have DB go pick up card when she get it in mail had ordered new one*

> BROWN: *We don mobile drop off her phone*

> BROWN: *Ship food to db he link her n drop*

> BROWN: *Got couple dollars for bro*

> BROWN: *It's better off head phone*

> LA BRADLEY: *Sayless*

> BROWN: *Saydat*


> September 22, 2023

> LA BRADLEY: *Find somebody to open advantage get card same day instant 1K*

> BROWN: *Ok*

> BROWN: *Bet*

45.    Your affiant believes these conversations involve LA BRADLEY and BROWN locating banks that would be available to be used in this ongoing fraud.


**BROWN's Fingerprints Found on Checks Removed from**

**LU BRADLEY's Residence**

16

46.     As previously described, various checks were found during a search of the Greystone Residence in Room L, on the TV stand, which were in various account owner and payee names and bore various addresses on them other than LA BRADLEY or LU BRADLEY. Your affiant believes from the course of the investigation that the checks recovered were stolen from blue collection boxes during mail thefts occurring throughout the Western District of New York throughout the fall and winter of 2023.

47.     The miscellaneous checks found in the Greystone Residence were subsequently submitted to the U.S. Postal Inspection Service Forensic Laboratory for fingerprint analysis. From my review of a laboratory report dated July 18, 2024, lab file #9-103-023079(3,5), and through my knowledge of the investigation, I am aware of the following:

   a.   An ESL Federal Credit Union check #1770 belonged to D.M. of 102 Copeland Street, Rochester, NY 14609. The check was made payable to what appeared to be "City TreAsure of Roch NY" in the amount of $99.72 and was associated with an account ending in 45816. The check was dated "Dec 2023", and two latent fingerprints belonging to BROWN were developed on the check.

   b.   A Citizens bank check #2582 belonged to B.M. of 42 Kentwood Drive, Rochester, NY 14626. The check was made payable to "Frontier" in the amount of $58.82 and was associated with an account number ending in 6763. The check was dated "12/4/23" and a single latent fingerprint belonging to BROWN was developed on the check.

   c.   A KeyBank National Association check #29862 belonged to C.W. of PO Box 16926, Rochester, NY 14616. The check was made payable to "PaRkwood (illegible) Homeowners asso" in the amount of $125.00 and was associated with an account ending in 06554. The check appeared to be dated December 1,

17

2023, and two latent fingerprints belonging to BROWN were developed on the check.

48.    Based on the investigation, your affiant does not believe that BROWN would have any legitimate basis to be in possession of those stolen checks.

### June 25, 2024- Bank Activity

49.    On June 25, 2024, at approximately 6:51 a.m., Inspector Taylor arrived at the Jefferson Avenue Post Office (hereinafter "JPO") and saw a white colored Honda Accord bearing New York registration tag KLR2097 parked in the parking lot with the engine running. Based on his training and experience, Inspector Taylor knew that individuals conducting fraudulent purchase transactions at Post Office locations often arrive before the JPO opens (7:00 a.m.) and wait until the clerks open the doors so they can be the first customers in the retail lobby. The vehicle was parked away from the main doors even though there was plenty of parking for the vehicle to be closer to the entrance.

50.    Inspector Taylor went inside the JPO and began to watch live footage from the video surveillance system of the retail area. Inspector Taylor saw a black male exit the passenger side of the vehicle and enter the lobby of the JPO. Inspector Taylor identified the black male as LA BRADLEY, who he was familiar with due to the ongoing investigation into LA BRADLEY's mail theft, and bank fraud activities. Inspector Taylor saw LA BRADLEY approach the USPS Clerk at the retail counter, ask something and then watched LA BRADLEY leave the retail area without purchasing anything. Inspector Taylor later learned from the USPS Clerk that LA BRADLEY asked to purchase $3,000 worth of postal money orders. When the clerk asked LA BRADLEY for identification due to the amount of the money orders being requested, LA BRADLEY was unable to provide identification, exited

18

the JPO retail lobby, and returned to the passenger side of the vehicle he arrived in.

51.     A few moments later, the driver of the vehicle, later identified by his New York operator's license as "R.B.", exited the vehicle and was seen on video surveillance by Investigator Taylor approaching the same clerk inside the JPO retail lobby. R.B. requested to purchase $3,000 in postal money orders and presented his identification to the clerk. R.B. was utilizing a red debit card for the transaction. For an unknown reason, the transaction was declined. After the attempted postal money order purchase, R.B. returned to the vehicle without obtaining any money orders. Upon returning to the vehicle in the parking lot, R.B. and LA BRADLEY left the JPO and made a left-hand turn onto Jefferson Road.

**Traffic Stop and Interview of LA BRADLEY and R.B.**

52.     Your affiant, along with Inspector Taylor and Inspector John Kehoe conducted an investigatory motor vehicle stop on the vehicle and spoke with LA BRADLEY and R.B. outside the vehicle. During the non-custodial interview, in sum and substance, the following information was obtained:

53.     R.B. said he arrived at the JPO to help his friend (the owner of the debit card) in purchasing postal money orders, but he could not remember his friend's name. R.B. said he was just attempting to help his friend with the money order purchase and did not intend on committing any crimes; he refused to provide the debit card to law enforcement

54.     LA BRADLEY asked if law enforcement was just waiting for him at the post office and Inspector Taylor said "yes" and told LA BRADLEY he knew he would eventually be back. LA BRADLEY said he took a few months "off" from conducting transactions but had just started back that morning. LA BRADLEY said he asked R.B. to purchase the money orders for him once the clerk asked for identification, because LA BRADLEY did not have any identification on his person. The red debit card at issue was seized from the glove box

19

and bore the name "N.M.", who was not present.

**Messages on LA iPhone 2 Following Execution of Search Warrants at Greystone**

**Residence Between LA BRADLEY and LU BRADLEY**

55.    Following the search warrant execution at the Greystone Residence, there were discussions ongoing between LA BRADLEY (via LA iPhone 2) and LU BRADLEY at telephone (585) 230-8147, and which is saved in LA BRADLEY's iPhone 2 as "Lue". More specifically, the day following the search warrant execution on December 8, 2023, the following conversations occur:

LU BRADLEY: *You talkin bout these?*

He then proceeds to send the following image (a copy of the Greystone search warrant):



LA BRADLEY: *Hell yea them the shits they gave you*

LU BRADLEY: *You see it say possession of mail box keys, stolen mail & shit … that's what*

*they was looking for*

LU BRADLEY: *They on some conspiracy shit too that's pain*

LA BRADLEY: *What that mean*

LU BRADLEY: *like some group committing crimes type shit*

LA BRADLEY: *Hell yea definitely they prolly trynna build Rico*

56.     Later that same day, LU BRADLEY sends the following photo to LA BRADLEY:



57.     LA BRADLEY liked the image LU BRADLEY sent, and then the following

conversation between LU BRADLEY and LA BRADLEY takes place:



**Messages Between LA BRADLEY and BROWN**

**Found During a Review of LA iPhone 2**

58.    In LA iPhone 2, I reviewed a cell phone contact number of (424) 449-5939 (hereinafter "Phone Ending 5939"). From my review of the content between LA BRADLEY on LA iPhone 2 and BROWN's Phone Ending 5939, there are numerous conversations which appear to indicate a bank fraud conspiracy between BROWN and LA BRADLEY, including

the following, in sum and substance:

    **a.** <u>**January 23, 2024**</u>

LA BRADLEY: *When I grab card tomorrow we can go drop*

BOWN: *Bet send me first n last….. Sleeze right*

LA BRADLEY: *Yessirskii.*

LA BRADLEY: *This dumb ass bitch not responding imma send that shit thru on tele when she hit me*

    **b.** <u>**January 26, 2024**</u>

LA BRADLEY: *I got a bitch opening up rn mh*

BROWN: *Ok what bank p*

LA BRADLEY: *Keybank & citizens player*

    **c.** <u>**January 30, 2024**</u>

LA BRADLEY: *Wya*

BROWN: *Outside now*

LA BRADLEY: *Lmk when u cash ya shits so we can split evenly 1500 then next drop we can give dude less*

BROWN sends a message to LA BRADLEY that LA BRADLEY reads and deletes.

BROWN: *Come grab ya piece Brody I'm not jacking the 3 niggas splitting it bro lol if*

23

*it's me and you it's me and you that's ya head not mines*

LA BRADLEY: *Boy stfu....Imma see you in min im in car with these bitches*

LA BRADLEY: *Stop acting like a bitch we finna drop again we getting money*

BROWN: *Boy*

LA BRADLEY: *Stop all that greedy shit.....Imma pay that nigga then that's that*

BROWN: *Ight bro you don't get it I'm valid gang*

LA BRADLEY: *Don't get what....Ok brody*

BROWN:  *If somebody kick you works rn and you drop on it & then they tell you how it's somebody else on the piece what do your head gotta do with them if yall splitting the bag 50/50 I don't be understanding niggas bro*

LA BRADLEY:  *I said ok yk im not tripping*

BROWN: *Db jus kicked me a piece we gon split it 50/50 and he paying his own head or running off idk what he doing*

### d. February 20, 2024

BROWN: *Got it ?*

LA BRADLEY: *No bra shit got me tight*

LA BRADLEY:  *Shit don't even wash it's gel*

LA BRADLEY: *I just grabbed acetone*

LA BRADLEY: *You got papers ?*

### e. March 4, 2024

LA BRADLEY: *Don't forget heat when you com*

BROWN: *Ok*

59.    From my training and experience in working mail theft and check washing

investigations, I am aware that HEET (or "heat" as is referenced in the conversation described above) is a gas-line antifreeze and water remover that prevents car gas lines from freezing up and removes any water that may be in the fuel system year-round. Acetone is a liquid substance that is often used to clean project residues. Acetone is a solvent utilized to dissolve or break down other substances and is found in many household products. Both HEET and acetone are chemicals also commonly used by mail thieves to wash the ink found on checks indicating payee information and check amounts. Once the ink is removed with one of these chemicals, the check payee and/or amount information is often re-written prior to the altered check attempting to be cashed at a financial institution by a member of the bank fraud conspiracy.

## BROWN's Prior Check Cashing Case with Monroe County Sheriff's Office and BROWN's Connection to Telephone Ending in 5939.

60.    From a review of a Monroe County Sheriff's Office Field Case Report, dated January 11, 2024, I am aware of the following:

61.    On or about December 18, 2023, MSCO Deputies filed a forgery report for victim, P.L., who stated one of his personal checks was stolen and deposited on December 29, 2023, at an unknown ESL Bank for a total of $10,267.24. P.L. told MSCO Deputies he went to Wegmans on December 18, 2023, located at 6600 Pittsford Palmyra Road in Perinton, NY, and while at the grocery store, deposited four envelopes into an outgoing USPS blue collection box, which each contained a check. One of the envelopes was later stolen from the mail stream before it could reach its destination, which contained P.L.'s personal Summit Federal Credit Union check #1675, for account 1001105675, which was made out to

American Express in the amount of $10,267.24.

62.    P.L. said he was contacted by American Express on or about January 10, 2024, who said they did not receive a payment. P.L. checked his online bank account and discovered that the check had been altered and made out to "American Express (Tb Events LLC) for account 1384731855, which was addressed to the check. The check was stamped on the back and showed that it was deposited through ESL Bank on December 29, 2023. P.L. subsequently reported the fraudulent transaction to Summit Federal Credit Union.

63.    In following up with P.L., deputies learned the three other checks mailed at the same time did not make it to their destination, but none had been presented. P.L. placed a stop payment on the three outstanding checks with Summit Federal Credit Union. Deputies obtained the original check from ESL Federal Credit Union and sent the check to a forensic laboratory for fingerprint examination. Subsequently, an unconfirmed latent fingerprint was developed from the original check returning to BROWN.

64.    In Following up with NYS Parole officer who was supervising BROWN at the time, BROWN was known to reside at 361 Alphonse Street, Rochester, and had a telephone number on file with parole of (424) 449-5939.

65.    On March 26, 2024, MSCO Deputies received a call from BROWN from telephone (424) 430-4095. An interview was subsequently scheduled with BROWN and took place on March 28, 2024. During a non-custodial interview of BROWN at his residence at 361 Alphonse Street, Rochester, BROWN was shown surveillance images of the individuals depositing the stolen-altered check at the ESL Atm in Scottsville. BROWN denied being depicted and claimed he didn't recognize either person or vehicle in the video. BROWN was shown the stolen-altered check also during the interview and claimed to have never seen it before and denied ever handling the check. BROWN was unable to explain to deputies how,

or why, his fingerprints were developed on the stolen-altered check belonging to P.L. BROWN dismissed the entire notion and repeated his contention that he never saw or handled the check and denied involvement with the deposit or receiving any proceeds from the withdrawal of funds from the transaction.

66.    For these reasons, your affiant believes that telephones ending in 5939, as reported to parole by BROWN and in communication with LA BRADLEY as previously described in furtherance of mail theft and bank fraud activities, was utilized by and belonged to BROWN.

### Review of Cellular Tower Records

67.    On December 28, 2023, a federal search and warrant was issued (23-MJ-672) to obtain cellular tower related to the investigation. The records obtained provided the following information.

68.    On October 30, 2023, in the vicinity and time of a mail theft incident at the IPO, BROWN's cell phone (Phone Ending 1102) receives a 22 second phone call at 1:38:32 a.m. from telephone (585) 500-2541. BROWN's cell phone (Phone Ending 1102) receives a 19 second phone call at 1:39:33 a.m. from telephone (585) 500-2541. From my review of video surveillance, I am aware that a white SUV (possible Ford Escape) is seen in the parking lot near the USPS collection boxes ahead of the mail theft incident which occurs at approximately 1:39 a.m. The SUV pulls up to the blue collection boxes and as another individual with their face covered loads the stolen mail into the SUV. There appears to be two individuals involved in the mail theft incident, the driver of the SUV and a passenger who is stealing the mail on foot, and I believe the two communicated regarding the mail theft as it

took place, one individual having utilized BROWN's cell phone (Phone Ending 1102).

69.    Furthermore, there was another mail theft that occurred earlier the same morning at the BPO at approximately 1:24 a.m. While BROWN's cell phone (Phone Ending 1102) could not be identified on tower records reviewed, it does appear to be a similar white SUV utilized during the mail theft from collection boxes outside the BPO and its possible BROWN was not making cellular communications during that particular mail theft incident.

70.    On November 28, 2023, in the time and vicinity surrounding a mail theft incident at the IPO, LA iPhone 1 appears to be using data on the cell phone at approximately 2:26 a.m., for a period of approximately twenty-two minutes.

71.    On November 28, 2023, in the time and vicinity surrounding a mail theft incident at the BPO, LA iPhone 1 appears to be using data on the cell phone at approximately 2:48 a.m., for a period of approximately seven minutes.

72.    On December 4, 2023, in the time and vicinity surrounding a mail theft incident at the IPO, LA iPhone 1 appears to be using data on the cell phone at approximately 1:51 a.m., for a period of approximately five minutes.

73.    On December 4, 2023, LA iPhone 1 receives and makes numerous calls during the timeframe of approximately 2:01:37 a.m. and 05:57:06 a.m. from the area of Exclusive Snacks and Lounge. In addition, at 02:31:42, on a cellular tower nearby Exclusive Snacks and Lounge, BROWN's cellphone (Telephone Ending 1102) makes a 7 second call to telephone (929) 930-0491.

**CONCLUSION**

74.    Based on the foregoing, there is probable cause to believe that on or about October 30, 2023, and continuing through June 25, 2024, LAMARIOUS BRADLEY, LUCIUS BRADLEY, CHAD BROWN and others known and unknown to your affiant committed violations of Title 18, United States Code, §1708 (Mail Theft and Possession of Stolen Mail), §1704 (Unlawful Possession of a Postal Key), §1349 (Conspiracy to Commit Bank Fraud) and §2 (aiding and abetting).

_____
JAMES M. KEENAN
Postal Inspector, U.S. Postal Inspection Service


Affidavit submitted electronically by email
in .pdf format. Oath administered and
contents and signature attested to me as true
and accurate telephonically pursuant to Fed.
R. Crim. P. 4.1 and 4(d)
on this 29th day of July, 2025.

_____
HON. MARK W. PEDERSEN
U.S. MAGISTRATE JUDGE