IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

           v.                                              25-MJ-610-MJP

CHAD BROWN,

                   Defendant.

## **PROTECTIVE ORDER**

As part of voluntary discovery in this action, the government will disclose 33.5 gigabytes (GB) of data to counsel for the defense.

This disclosure is comprised of 7,832 files, each of which is subject to this order.

A complete index of those files is included with the production.

The government has requested a protective order limiting the dissemination of this material on the grounds that the material contains personal identifying information of alleged victims and/or witnesses in the case including but not limited to names, dates of birth, home contact information, and banking information.

**NOW**, upon agreement of the parties, it is hereby

**ORDERED**, that the material set forth above shall be used by counsel for the

defendant and the defendant solely in connection with pretrial, trial or other proceedings in this action, including any appeals, shall not be disclosed to the public, and shall not be disclosed to third parties by counsel or the defendant except as necessary in connection with pretrial proceedings, trial preparation or other proceedings in this action; and it is further

**ORDERED**, that copies of the material set forth above shall not be provided to third parties except those persons or entities employed or engaged for the purpose of assisting in the defense of this action; and it is further

**ORDERED**, that copies of the material set forth above shall not be provided to the defendant (absent further order of the Court); and it is further

**ORDERED**, that if counsel for the defendant provides the defendant with access to the above material, counsel shall ensure that the defendant does not have access to a cellular telephone or any other photographic or video- or audio-recording equipment during such review; and it is further

**ORDERED**, that the unauthorized copying, dissemination, and/or posting of copies, or the contents, of the above material on the internet or through any form of social media shall constitute a violation of the terms of this order; and it is further

**ORDERED**, that, except as to personal identifying information such as victim names, dates of birth, social security numbers, and bank account information, nothing in this order shall preclude counsel for the defendant or the defendant from disclosing the material during the course of the litigation of this action in pretrial proceedings, in memoranda filed, at trial or in post-trial proceedings; and it is further

**ORDERED**, that counsel for the defendant or the defendant may apply to the Court

for an order specifically permitting public disclosure of the above-mentioned material; and it is further

ORDERED, that at the conclusion of the litigation of this action, including any direct appeal, counsel for the defendant and the defendant shall return all copies of the above-mentioned material to the government immediately upon request of the government.

DATED:  Rochester, New York
September _30_, 2025

_____
MARK W. PEDERSEN
United States Magistrate Judge